UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY A. PRICE

v.                                                           CA 10-333 ML

CMI PUBLICATIONS/
CHALLENGING TIMES

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on August 11, 2010. Magistrate Judge Martin recommends dismissal of the complaint pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff has filed what the Court takes to be her objection to the Report and Recommendation. In her filing, she also asks that this Court appoint counsel for her.

Magistrate Judge Martin has set forth the long history of this case, including his efforts to advise Plaintiff of the many deficiencies of her complaint and the need for her to comply with the Federal Rules of Civil Procedure and this District's Local Rules. Plaintiff, however, has not taken heed. Instead, in her "objection," she rambles on incomprehensibly as to the claims she wishes to bring.

This Court concurs in Magistrate Judge Martin's recommendation that Plaintiff's Application to Proceed without Prepayment of Fees should be and it is hereby DENIED.

Further, the complaint is dismissed for failure to state a claim on which relief may be granted.

SO ORDERED:

*Mary M. Lisi*
Mary M. Lisi
Chief United States District Judge
August 25, 2010